**CORDIS CORPORATION,**
Plaintiff–Appellee,

v.

**MEDTRONIC VASCULAR, INC. (also known as Medtronic AVE, Inc.),**
Defendant,

and

**Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly known as Scimed Life Systems, Inc.),**
Defendants–Appellants.

**Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly known as Scimed Life Systems, Inc.),**
Plaintiffs–Appellants.

v.

**Johnson And Johnson Interventional Systems Co., Ethicon, Inc., and Cordis Corporation, Defendants–Appellees.**

Nos. 2009–1033, 2009–1063.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2009.

George E. Badenoch, Walter E. Hanley Jr., Mark A. Chapman, Kevin J. Prey, Eric T. Schreiber, Kenyon & Kenyon LLP, John M. Desmarais, Peter J. Armenio, Young J. Park, Tim K. Gilman, Kirkland & Ellis LLP, New York, NY, for Defendants–Appellants.

Eugene M. Gelernter, Gregory L. Diskant, Scott B. Howard, Kathleen M. Crotty, Joseph M. Abraham, Patterson, Belknap Webb & Tyler LLP, New York, NY, Michael J. Timmons, Johnson & Johnson, New Brunswick, NJ, for Plaintiff–Appellee/Defendants–Appellees.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).